In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-05-00161-CV
_____

eMACHINES, INC., EM HOLDINGS, INC., EMPIRE ACQUISITION
CORPORATION, AND TRIGEM COMPUTER, INC., Appellants

V.

DAVID PACKARD, PACKARD, PACKARD & LAPRAY,
AND JOHN HOCK, Appellees

On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. E-165,336

**ORDER**

On June 25, 2005, we abated this accelerated appeal on a suggestion of
bankruptcy. *See* Tex. R. App. P. 8. David Packard, Packard, Packard & LaPray, and
John Hock desire to dismiss their cause of action against TriGem Computer, Inc. On
January 10, 2013, we reinstated the appeal as to eMachines, Inc., EM Holdings, Inc. and
Empire Acquisition Corporation, and remanded the case to the trial court for further
proceedings related to settlement. On August 15, 2013, eMachines, Inc., EM Holdings,

1

Inc. and Empire Acquisition Corporation, joined by the appellees, David Packard, Packard, Packard & LaPray, and John Hock, filed a motion to dismiss the appeal. The appellees desire to dismiss the underlying cause of action against TriGem Computer, Inc.

We reinstate the appeal of TriGem Computer, Inc. *See* Tex. R. App. P. 8.3. We abate the accelerated appeal as to TriGem Computer, Inc. and remand the case to the trial court for the purpose of dismissing the cause of action against TriGem Computer, Inc. The appeal of TriGem Computer, Inc. will be dismissed as moot when the Court receives a copy of the trial court's order of dismissal or non-suit. *See* Tex. R. App. P. 29.5.

ORDER ENTERED August 29, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Burgess,[1] JJ.

---

[1]The Honorable Don Burgess, sitting by assignment pursuant to Tex. Gov't Code Ann. § 74.003(b) (West 2013).

2